SUTTON SACHS MEYER

SUTTON SACHS MEYER PLLC
125 Park Avenue, 25th Floor, New York, NY 10017
tel: (212) 480-4350 | fax: (212) 480-4351 | www.ssm.law

# EXHIBIT B

## Email, S. Popper (Amazon HR) to Plaintiff, July 24, 2025

"Resources for Wellbeing and Mental Health." Ms. Popper writes that Amazon's "Trust and Safety team informed me that you recently shared some concerns about your wellbeing" and that Plaintiff "expressed not being in a good head space," and supplies EAP and crisis-line information. DOE_084.



FILED WITH PLAINTIFF'S NAME AND CONTACT INFORMATION REDACTED. UNREDACTED COPY FILED UNDER SEAL.

Gmail [redacted]

# Resources for Wellbeing and Mental Health

1 message

**Popper, Samantha** <poppers@amazon.com> Thu, Jul 24, 2025 at 11:19 AM
To: [redacted]

Dear [redacted]

I hope this email finds you well. I'm reaching out because our Trust and Safety team informed me that you recently shared some concerns about your wellbeing. They mentioned that you expressed not being in a good head space. I want you to know that your safety and wellbeing are our top priority, and I'm here to offer support and connect you with resources that can help.

First and foremost, I want you to know that you're not alone, and there are people who care about you and want to help. You matter, and there are professional resources available 24/7 to provide support and assistance.

Our Employee Assistance Program (EAP) offers free and confidential support—available virtually and in-person, 24 hours a day, 7 days a week. You can reach them anytime at US Phone: 1-833-721-2323 or through the EAP Provider website. The EAP provides a wide range of services, including:

- Free counseling options
- Work-life services
- Financial and legal resources
- Career and coaching information
- Access to self-paced support tools, including Twill, a free self-guided mental health app (Employer access code: Amazon)

These services are available to both you and your family members. For more information, including resources outside the US, please visit the Employee Assistance Program (EAP) - Global. If you need emergency services or feel like you need immediate help, you can also use: **National Suicide Prevention Lifeline:** 988 (available 24/7); **Crisis Text Line:** Text HOME to 741741.

You can also reach me directly at poppers@amazon.com. I'm here to listen without judgment and help connect you with any additional support you may need. Please don't hesitate to reach out if you have any questions about the resources, or if you'd like to talk. Your wellbeing is incredibly important, and we want to ensure you have access to all available resources to support you.

With care and support,

**Samantha Popper** | AIGC HR Partner

*If further assistance is needed, please select 'reply all' to include aigc-hrp-usa@amazon.com as CC.*