SUTTON SACHS MEYER

SUTTON SACHS MEYER PLLC
125 Park Avenue, 25th Floor, New York, NY 10017
tel: (212) 480-4350 | fax: (212) 480-4351 | www.ssm.law

# EXHIBIT C

## Email Thread, Plaintiff and S. Popper, October 7, 2025

"Unable to access office and the email." Plaintiff reports at 11:09 a.m. that "all my access is disabled." Ms. Popper replies that access "has been temporarily suspended as part of a routine security protocol" and tells Plaintiff she "may return home." DOE_045 to DOE_046.



FILED WITH PLAINTIFF'S NAME AND CONTACT INFORMATION REDACTED. UNREDACTED COPY FILED UNDER SEAL.

Gmail [redacted]

# Unable to access office and the email

5 messages

[redacted] Tue, Oct 7, 2025 at 11:09 AM
To: "Popper, Samantha" <poppers@amazon.com>

Hi Samantha
I am unable to access the emails and the office building. Cannot even log in to my laptop. It says all my access is disabled.
Can you please tell me what's going on?

Thanks
[redacted]

**Popper, Samantha** <poppers@amazon.com> Tue, Oct 7, 2025 at 11:37 AM
To: [redacted]
Cc: [redacted]

Hi [redacted]

I see that your access has been temporarily suspended as part of a routine security protocol. Please allow me some time to look into the matter, and I will follow up when I know more information.

In the meantime, you may return home. I understand you were planning to meet with George sometime today because you have questions about your Performance Improvement Plan. Given the access issues, you can email your questions to us using your personal email address and we can try to address them offline until we can resolve your access issues.

I will continue looking into your access issues, and I'll circle back with you when I know more. If you have any urgent concerns, please continue to reach out to me via your personal email.

Best,
**Samantha Popper** | AIGC HR Partner
*If further assistance is needed, please select 'reply all' to include aigc-hrp-usa@amazon.com as CC.*

**From:** [redacted]
**Sent:** Tuesday, October 7, 2025 10:09 AM
**To:** Popper, Samantha <poppers@amazon.com>
**Subject:** [EXTERNAL] Unable to access office and the email

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

[Quoted text hidden]

[redacted]

[redacted]

---

[redacted] Tue, Oct 7, 2025 at 11:47 AM
To: "Popper, Samantha" <poppers@amazon.com>
Cc: [redacted]

Hi Samantha,
This is very strange that alongside the building access, my email and system accesses have also been disabled.
I am very curious to understand what just happened here.
Will be looking forward to hearing from you.

Thanks
[redacted]

[Quoted text hidden]