SUTTON SACHS MEYER

SUTTON SACHS MEYER PLLC
125 Park Avenue, 25th Floor, New York, NY 10017
tel: (212) 480-4350 | fax: (212) 480-4351 | www.ssm.law

# EXHIBIT D

## Email Thread, Plaintiff and S. Popper, October 15 to 16, 2025

"Regarding the certification of deletion." Plaintiff declines to sign the Certificate of Deletion on advice of counsel; Ms. Popper confirms "you have not been terminated, and you continue to be an Amazon employee" while the EPP investigation continues. DOE_047 to DOE_048.



FILED WITH PLAINTIFF'S NAME AND CONTACT INFORMATION REDACTED. UNREDACTED COPY FILED UNDER SEAL.

Gmail [redacted]

# Regarding the certification of deletion

2 messages

[redacted] Wed, Oct 15, 2025 at 2:08 PM
To: "Popper, Samantha" <poppers@amazon.com>

Hi Samantha,

Following our conversation on Friday, I took independent legal advice regarding the Certificate of Deletion. My counsel has advised that I should not sign the current version for the reasons below:

The certification language states that I am "familiar with Amazon's Data Handling Standards, Third Party Storage Policy, and Removable Media Storage policies." While I am aware of Amazon's general data-handling requirements and take them seriously, I do not recall the detailed contents of each of these policies and therefore cannot certify that I am "familiar" with them in the precise legal sense implied by the statement.

Also, as a Principal Product Manager, I am constantly handling non-public Amazon information as part of my role, which further complicates the intent of this certification and makes it unclear what exactly I am being asked to attest to by signing it.

The certification also includes language that could be interpreted as an admission that I currently possess or have deleted Amazon's non-public information, which would not be factually accurate in my case.

I remain fully committed to complying with all confidentiality and data-protection obligations as an Amazon employee and am happy to sign a version of the certification that accurately reflects that commitment without implying admission or detailed policy familiarity beyond what I can truthfully attest.

To be clear once again, all this sounds very off to me. A few colleagues communicated that from the fact that my slack account is suspended or blacked out, it seems like I have already been terminated from Amazon without any communication or clarity.

Kind regards,
[redacted]

**Popper, Samantha** <poppers@amazon.com> Thu, Oct 16, 2025 at 10:48 AM
To: [redacted]

Hi [redacted]

Thanks for getting back to me. I understand your reasons for declining to sign the Certificate of Deletion.

As I previously mentioned, you do not have to sign it if you do not want to (totally your choice). I'm also confirming again that you have not been terminated, and you continue to be an Amazon employee. To re-iterate: EPP/Security has confirmed that the reason your Slack appears as "greyed out" is due to the current access restrictions placed while EPP continues their investigation. I'm also confirming that separate from the EPP team's investigation, Amazon is also actively investigating the concerns you shared regarding your Pivot experience and security flag.

I will be reaching out once I have more information about investigation outcomes, and what next steps look like. Please continue reaching out to me if you have questions or further information.

Best,

**Samantha Popper** | AIGC HR Partner
*If further assistance is needed, please select 'reply all' to include aigc-hrp-usa@amazon.com as CC.*

**From:** [redacted]
**Sent:** Wednesday, October 15, 2025 1:08 PM
**To:** Popper, Samantha <poppers@amazon.com>
**Subject:** [EXTERNAL] Regarding the certification of deletion

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

[Quoted text hidden]


DOE_048