SUTTON SACHS MEYER

SUTTON SACHS MEYER PLLC
125 Park Avenue, 25th Floor, New York, NY 10017
tel: (212) 480-4350 | fax: (212) 480-4351 | www.ssm.law

# EXHIBIT E

## Email Thread, S. Popper and Plaintiff, October 17 to 20, 2025

"[Confidential] HR Meeting - Investigation Update." On October 20, 2025, Ms. Popper writes that the investigation "found evidence that you violated Amazon policies" and that "a decision has been made to terminate your employment effective Friday, October 24, 2025." Privileged communication with counsel removed. DOE_031 to DOE_034.



FILED WITH PLAINTIFF'S NAME AND CONTACT INFORMATION REDACTED. UNREDACTED COPY FILED UNDER SEAL.

Gmail [redacted]

# [Confidential] HR Meeting - Investigation Update"

8 messages

**Popper, Samantha** <poppers@amazon.com> Fri, Oct 17, 2025 at 12:33 PM
To: [redacted]

Hi [redacted]

I'm scheduling this follow-up to discuss updates regarding the ongoing investigations. Please ensure you are in a private, confidential space for this conversation.

Please let me know if this time (Friday 10/17/2025 at 3:30pm ET) doesn't work for you, and I'll be happy to find another time that better suits your schedule.

Best regards,

**Samantha Popper** I AIGC HR Partner
*If further assistance is needed, please select 'reply all' to include aigc-hrp-usa@amazon.com as CC.*

amazon

## Join Zoom Meeting

### Quick Reference

| | |
|---|---|
| Meeting URL: | https://amazon.zoom.us/j/93840732995?pwd=0qqF8tqdXdaYTFl9wkyVpoKq9R9DE7.1&from=addon |
| Meeting ID: | 938 4073 2995 |
| Passcode: | 52521536 |
| One tap mobile: | US: +13462487799,,93840732995#,,,,*52521536# or +12532050468,,93840732995#,,,,*52521536# |

### Join by Telephone

Dial: 877 853 5247 (US Toll Free)

| | |
|---|---|
| Meeting ID: | 938 4073 2995 |
| Passcode: | 52521536 |

International numbers

### Join from a SIP room system

| | |
|---|---|
| SIP: | 93840732995@zoomcrc.com |
| Passcode: | 52521536 |

---

**invite.ics**
4K

---

PRIVILEGED COMMUNICATION WITH COUNSEL REMOVED

---

**Popper, Samantha** <poppers@amazon.com> Fri, Oct 17, 2025 at 3:07 PM
To: [redacted]

Hi [redacted]
Following up on this meeting invite. Will you be able to attend?

**Samantha Popper** | AIGC HR Partner
*If further assistance is needed, please select 'reply all' to include aigc-hrp-usa@amazon.com as CC.*

---

**From:** Popper, Samantha <poppers@amazon.com>
**Sent:** Friday, October 17, 2025 11:33 AM
**To:** Popper, Samantha <poppers@amazon.com>; [redacted]
**Subject:** [Confidential] HR Meeting - Investigation Update"
**When:** Fri 10/17/2025 3:00 PM - 3:30 PM
**Where:** https://amazon.zoom.us/j/93840732995?pwd=0qqF8tqdXdaYTFI9wkyVpoKq9R9DE7.1&from=addon
[Quoted text hidden]

---

**Popper, Samantha** <poppers@amazon.com> Fri, Oct 17, 2025 at 3:28 PM
To: [redacted]

Hi [redacted]
I attended the meeting and waited 20+ min for you to join, but ultimately dropped because I didn't hear from you.

Is there a better meeting time that works for you today?

**Samantha Popper** | AIGC HR Partner
*If further assistance is needed, please select 'reply all' to include* aigc-hrp-usa@amazon.com *as CC*.

---

**From:** Popper, Samantha <poppers@amazon.com>
**Sent:** Friday, October 17, 2025 2:07 PM
**To:** [redacted]
**Subject:** Re: [Confidential] HR Meeting - Investigation Update"
[Quoted text hidden]

---

**Popper, Samantha** <poppers@amazon.com> Fri, Oct 17, 2025 at 6:13 PM
To: [redacted]

Hi [redacted]
Following up because it is end of the business day, and I haven't heard back from you. I'm sorry I couldn't reach you today via zoom call.

I will reschedule this meeting for Monday. Please let me know if the new meeting time (Monday 10/20/2025 at 1:00pm ET) doesn't work for you, and I'll be happy to find another time that better suits your schedule.

Thank you,

**Samantha Popper** | AIGC HR Partner
*If further assistance is needed, please select 'reply all' to include* aigc-hrp-usa@amazon.com *as CC*.

---

**From:** Popper, Samantha <poppers@amazon.com>
**Sent:** Friday, October 17, 2025 2:28 PM
[Quoted text hidden]
[Quoted text hidden]

---

[redacted] Sun, Oct 19, 2025 at 3:24 PM
To: "Popper, Samantha" <poppers@amazon.com>

Hi Samantha I didn't see your email earlier and then hopped on a flight to London urgently, on Friday, since I lost my grandmother.
Can you please communicate the decision over the email?
[Quoted text hidden]

---

**Popper, Samantha** <poppers@amazon.com> Mon, Oct 20, 2025 at 2:32 PM
To: [redacted]

Hi [redacted]
I'm deeply sorry to hear about your loss. My sincerest condolences to you and your family during this difficult time.

I want to thank you for your patience throughout this process. I understand this has been challenging, and I appreciate your patience while Amazon's EPP team conducted their investigation.

The investigation has concluded and found evidence that you violated Amazon policies. As a result, a decision has been made to terminate your employment effective Friday, October 24, 2025.

I know we previously discussed the concerns you raised regarding your Pivot experience and security flag timing. I assure you these matters will continue to be investigated and addressed appropriately.

**Key Next Steps and information about offboarding:**

[redacted]

- Return Amazon Assets using the Virtual IT Return Kit (VIRK) that will be shipped to your home address on file within 14 calendar days from October 24th. The kit will include packing materials, return postage, and instructions.
- You will receive your final payment based on final pay state legislations, and accrued but unused Standard PTO will be paid out on your final paycheck. If you have questions about your final payment timeline, connect with HR by phone (888-892-7180).
- A to Z access remains available to Amazon alumni for accessing pay/tax statements, documents, benefits information, and My HR Live Support. You will receive an email/text with instructions to create login credentials for continued A to Z access. If you don't receive this, you can use your Amazon username (from your badge) in the A to Z app to begin setup.
- COBRA may allow you to maintain health plan coverage past October. If you become eligible to elect benefits through COBRA, you will receive a notice in the mail approximately 14 calendar days after the end of your Amazon benefits. For further information, please contact the COBRA Service Center at 1-844-774-6568. The COBRA Service Center is open until 9 PM (EST).

Again - my deepest condolences during this difficult time. Please feel free to utilize the Employee Assistance Program (EAP) if needed. EAP offers free and confidential support—available virtual and in-person, 24 hours a day, 7 days a week. (US Website: EAP Provider - US Phone: 1-833-721-2323).

If you have further questions about leaving Amazon, please contact the MyHR team by phone (888-892-7180) or let me know.

Best,
**Samantha Popper** | AIGC HR Partner
*If further assistance is needed, please select 'reply all' to include* aigc-hrp-usa@amazon.com *as CC.*

---

**From:** [redacted]
**Sent:** Sunday, October 19, 2025 2:24 PM
**To:** Popper, Samantha <poppers@amazon.com>
**Subject:** RE: [EXTERNAL] [Confidential] HR Meeting - Investigation Update"

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

[Quoted text hidden]

---

[redacted]